# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MARY L. RINEHART**                                                                                     **PLAINTIFF**

**v.**                              **CIVIL ACTION NO. 3:13-cv-237-NBB-JMV**

**CONAIR CORPORATION**                                            **DEFENDANT**

*And*

**MARY L. ALLISON and STACY A. LITWA**                         **PLAINTIFFS**

**v.**                              **CIVIL ACTION NO. 3:13-cv-238-NBB-SAA**

**CONAIR CORPORATION**                                            **DEFENDANT**

## ORDER

Before the court is a joint motion to consolidate for discovery purposes [8] filed by the plaintiff in *Rinehart v. Conair Corporation.,* 3:13-cv-237-NBB-JMV. Specifically, the plaintiff seeks an order consolidating *Rinehart* with *Allison, et al. v. Conair Corporation*, 3:13-cv-238-NBB-SAA, on the grounds that these cases involve the same defendant who is represented by the same attorney; the plaintiffs in these separate cases are represented by the same attorney; and both actions arise from the same incident and likely involve some common questions of law and fact. The court concludes the motion is well taken, and the cases will be consolidated for discovery and scheduling purposes. They will remain separate for dispositive motion and trial purposes. Accordingly,

    **IT IS ORDERED:**

    1. That the plaintiff's joint motion to consolidate for discovery purposes is hereby

    **GRANTED**;

2. That the above styled cases are consolidated for discovery and scheduling purposes only;

3. That the above styled cases are to remain separate for trial and dispositive motion purposes;

4. That there will be a joint case management conference held on January 16, 2014, and the parties will be required to provide draft case management orders for each case reflecting mirror deadlines as to all matters other than the final pre-trial conference and trial dates, which shall be set separately by the court; and

5. *Rhinehart* will be the lead case for purposes of filing discovery and other non-dispositive motions and notices.

**SO ORDERED**, this 10th day of January, 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**