# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MARY L. RINEHART**     **PLAINTIFF**

**v.**     **CIVIL ACTION NO. 3:13-cv-237-NBB-JMV**

**CONAIR CORPORATION**     **DEFENDANT**

*And*

**MARY L. ALLISON and STACY A. LITWA**     **PLAINTIFFS**

**v.**     **CIVIL ACTION NO. 3:13-cv-238-NBB-SAA**

**CONAIR CORPORATION**     **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

This matter is before the court on Third Party Defendant's, Reaves Firm Incorporated, Motion to Stay and for Entry of a New Case Management Scheduling Order [43]. On May 27, 2014, Reaves filed a Motion to Dismiss combining various defenses, including lack of subject matter jurisdiction [36]. Pursuant to L. U. Civ. R. 16(b)(3)(B), [f]iling… a jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion . . . ." That same day, a Motion to Continue Trial [44] was also filed. Upon due consideration of the motion and the cases' dockets, the court finds those matters delineated in the aforementioned rule should be stayed pending a resolution of the Motion to Continue Trial. The court will revisit the stay and the pertinent case management deadlines once a decision is made on the Motion to Continue Trial.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the Motion to Continue Trial. The parties shall notify the undersigned magistrate judge within forty-eight (48) hours of a decision on that Motion.

**SO ORDERED**, this the 18th day of June, 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**